NUMBER 13-00-314-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


OFELIA CABRERA RESTREPO
, Appellant,


v.



CARLOS ARMANDO RESTREPO
, Appellee.

____________________________________________________________________


On appeal from the 138th District Court


of Cameron County, Texas.


____________________________________________________________________


O P I N I O N



Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam



 Appellant, OFELIA CABRERA RESTREPO, perfected an appeal from
a judgment entered by the 138th District Court of Cameron County,
Texas, in cause number 99-01-25-B. The clerk's record was filed on
August 9, 2000. The reporter's record was filed on September 7, 2000. 
 Appellant's brief was due on December 15, 2000. To date, no
appellate brief has been received.

 When the appellant has failed to file a brief in the time prescribed,
the Court may dismiss the appeal for want of prosecution, unless the
appellant reasonably explains the failure and the appellee is not
significantly injured by the appellant's failure to timely file a brief. Tex.
R. App. P. 38.8(a)(1).

 On January 5, 2001, notice was given to all parties that this
appeal was subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). 
Appellant was given ten days to explain why the cause should not be
dismissed for failure to file a brief. To date, no response has been
received.

 The Court, having examined and fully considered the documents
on file, appellant's failure to file a proper appellate brief, this Court's
notice, and appellant's failure to respond, is of the opinion that the
appeal should be dismissed for want of prosecution. The appeal is
hereby DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 25th day of January, 2001